B 25C (Official Form 25C) (12-08)

# UNITED STATES BANKRUPTCY COURT

District of Colorado

In re  Bowen W. Banbury

*Debtor*

Case No.   09-31477

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   October 2010

Date filed:   12/08/2010

Line of Business:

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Bowen W. Banbury

Printed Name of Responsible Party

| Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|
| 1.  IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2.  HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3.  DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ |
| 4.  HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5.  HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☑ | ☐ |
| 6.  HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7.  HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8.  DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9.  ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10.  HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11.  DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12.  HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13.  DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?     ☑  ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 5,000.00

#### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 26,162.16

Cash on Hand at End of Month $ 17,416.76

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL $ 17,416.76

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 13,746.98

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 5,000.00

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 13,746.98

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH $ −8,746.98

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL PAYABLES** | $ | 1,002,020.14 |

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL RECEIVABLES** | $ | 0.00 |

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 70,768.50 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 0.00 | $ 5,000.00 | $ 5,000.00 |
| EXPENSES | $ 15,000.00 | $ 13,746.98 | $ 1,253.02 |
| CASH PROFIT | $ -15,000.00 | $ -8,746.98 | $ 6,253.02 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                  $          0.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:              $    15,000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:          $  _ 15,000.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

**Exhibit D**

| Payee | Amount Incurred in this Period | Total Amount Due |
|---|---|---|
| Gordon & Rees, LLP - Bankruptcy Counsel | $ 29,326.50 | $ 469,467.36 |
| Sherman & Howard LLP | $ 19,477.69 | $ 233,284.97 |
| Waas Campbell Rivera Johnson & Velasquez LLP | $ 13,124.22 | $ 209,993.47 |
| Harper Lutz Zuber Hofer & Associates, LLC | $ 7,913.50 | $ 89,274.34 |
| TOTAL | | $ 1,002,020.14 |



# PMA® Wells Fargo® PMA Package

If you have questions about this statement or your accounts:

*Phone:* **1-800-742-4932**, *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932 , *TTY:* 1-888-355-6052
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 5247
Denver, CO 80274

BOWEN W BANBURY
DEBTOR IN POSSESSION
35 IVY ST
DENVER CO 80220-5844

## October 31, 2010

| Total assets: | $17,419.09 |
|---|---|
| Last month: | $26,164.49 |
| Change in $: | $(8,745.40) |
| Change in %: | (33.42)% |
| **Total liabilities:** | **$982,114.58** |
| Last month: | $984,358.05 |
| Change in $: | $(2,243.47) |
| Change in %: | (0.23)% |
| *PMA* Qualifying Balance: | **$115,630.54** |

### Contents

| | Page |
|---|---|
| Overview | 2 |
| PMA® Prime Checking Account | 4 |
| Savings | 6 |
| Home Mortgage | 7 |



# Overview  of your  PMA  account

## Assets

| Account   (Account Number) | Percent of total | Balance last month  ($) | Balance this month  ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account  (8073095625) | 100% | 26,162.16 | 17,416.76 | (8,745.40) | (33.43)% |
| Wells Fargo® High Yield Savings  (8073099759) | <1% | 2.33 | 2.33 | 0.00 | 0.00% |
| **Total assets** | | **$26,164.49** | **$17,419.09** | **($8,745.40)** | **(33.42)%** |

Total asset allocation  (by account type)



Checking: 100%

## Liabilities

| Account   (Account Number) | Percent of total | Outstanding balance last month  ($) | Outstanding balance this month  ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Wells Fargo Personal Line  (6638441758-0001) | N/A | 0.00 | 0.00 | 0.00 | 0.00% |
| Home Mortgage  (708-0040178147) | 100% | 984,358.05 | 982,114.58 | (2,243.47) | (0.23)% |
| **Total liabilities** | | **$984,358.05** | **$982,114.58** | **($2,243.47)** | **(0.23)%** |

Total liability  allocation  (by account type)



Home Mortgage: 100%

## Available credit

The information   below  may not be current.  Be sure to verify the credit available  on your accounts when  accessing your credit lines.

| Account | Approved  credit line | Credit used | Credit available |
|---|---|---|---|
| Wells Fargo Personal Line  (6638441758-0001) | 10,000.00 | 0.00 | 0.00 |
| **Total available  credit** | **$10,000.00** | **$0.00** | **$0.00** |

320672



**OVERVIEW OF YOUR PMA ACCOUNT** (CONTINUED)

## Interest, dividends and other income

The information   below should not be used for tax planning   purposes.

| Account | This month | This year |
|---|---|---|
| PMA* Prime Checking Account   (8073095625) | 1.58 | 19.56 |
| Wells Fargo* High Yield Savings   (8073099759) | 0.00 | 138.42 |
| **Total interest, dividends and other income** | **$1.58** | **$157.98** |

## Interest expense

| Account | This month | This year |
|---|---|---|
| Home Mortgage   (708-0040178147) | 2,563.43 | 28,169.04 |
| **Total interest expense** | **$2,563.43** | **$28,169.04** |



**WELLS FARGO**

# PMA ® Prime Checking Account

## Activity summary

| | |
|---|---|
| Balance on 10/1 | 26,162.16 |
| Deposits/Additions | 5,001.58 |
| Withdrawals/Subtractions | - 13,746.98 |
| **Balance on 10/31** | **$17,416.76** |

Account number: **8073095625**

**BOWEN W BANBURY**
**DEBTOR IN POSSESSION**

Wells Fargo Bank, N.A., Colorado  (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Overdraft protection

Your account is linked to the following  for Overdraft  Protection:

■   Savings - 8073099759

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $1.58 |
| Average collected  balance this month | $16,135.45 |
| Annual percentage  yield earned | 0.12% |
| Interest paid this year | $19.56 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 10/1 | | | | 26,162.16 |
| 10/1 | Check | 5097 | | 168.00 | 25,994.16 |
| 10/4 | Check Crd Purchase 10/02 Faxage 303-991-6020 CO 434256Xxxxxx3533 276040010407099 ?McC=8999 01 | | | 3.79 | |
| 10/4 | Wells Fargo Home P7201818 101001 70800401781 Banbury Bowen | | | 5,545.20 | 20,445.17 |
| 10/5 | Bank of Oklahoma  P7201818 101004 0003389565 Banbury Bowen | | | 4,469.03 | 15,976.14 |
| 10/7 | Check Crd Purchase 10/05 Cherry Crk Kiosks Q17 Denver CO 434256Xxxxxx3533 280040005921205 ?McC=7523 90 | | | 1.00 | 15,975.14 |
| 10/8 | Check Crd Purchase 10/07 Public Works-Prkg Metr Denver CO 434256Xxxxxx3533 281040010739399 ?McC=7523 90 | | | 2.00 | |
| 10/8 | Check | 5098 | | 800.76 | |
| 10/8 | USBank - Lease P7201818 101007 2674008847 Banbury Bowen | | | 796.38 | 14,376.00 |
| 10/12 | Check Crd Purchase 10/08 Ampco  Parking 6902 Lig Denver CO 434256Xxxxxx3533 283040010898222 ?McC=7523 90 | | | 12.00 | 14,364.00 |
| 10/13 | Check Crd Purchase 10/12 Protection  One Alarm # 800-438-4357  KS434256Xxxxxx3533 286040005045683 ?McC=7393 01 | | | 59.95 | |
| 10/13 | Denver Water Dep P7201818 101012 10124811034 Banbury Bowen | | | 98.61 | 14,205.44 |
| 10/14 | POSPurchase - 10/14 Mach ID 000000 6220 East 14Th Denver CO3533 0038028773978 4811 ?McC=5542 | | | 51.34 | 14,154.10 |
| 10/15 | Paytrust Bill Ce P7201818 101014 2327593 Banbury Bowen | | | 12.95 | 14,141.15 |
| 10/18 | POSPurchase - 10/17 Mach ID 000000 King Soopers 89 Denver CO3533 00380290863003434 ?McC=5411 | | | 49.68 | |
| 10/18 | Check Crd Purchase 10/15 Brandy Lot Q17 Denver CO 434256Xxxxxx3533 290040010621722 ?McC=7523 90 | | | 10.00 | |
| 10/18 | Golden Rule Ins Ins. Prem. 101017 Xxxxx1301 X | | | 725.77 | 13,355.70 |
| 10/22 | Check Crd Purchase 10/21 Mountain  Parks Electri Granby CO 434256Xxxxxx3533 295040013101557 ?McC=4900 01 | | | 75.12 | |
| 10/22 | Check Crd Purchase 10/20 Central Parking Sysq76 Denver CO 434256Xxxxxx3533 295040005812868 ?McC=7523 90 | | | 12.00 | |
| 10/22 | Check | 5099 | | 306.00 | 12,962.58 |
| 10/25 | Deposit | | 5,000.00 | | 17,962.58 |
| 10/26 | POSPurchase - 10/25 Mach ID 000000 #00836 Albertso Denver CO3533 00300299063272127 ?McC=5411 | | | 71.13 | 17,891.45 |

320674



 **PMA ® PRIME CHECKING ACCOUNT** (CONTINUED)

| Date | Description | | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|--|-----------|---------------------|---------------------------|----------------------|
| 10/29 | Xcel Energy-PSCO Xcelenergy 19415355 Bowen Banbury | | | | 476.27 | |
| 10/29 | Interest Payment | | | 1.58 | | 17,416.76 |
| **Ending balance on 10/31** | | | | | | **17,416.76** |
| **Totals** | | | | **$5,001.58** | **$13,746.98** | |

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|--------|------|----------|--------|------|----------|--------|------|----------|
| 5097 | 10/1 | 168.00 | 5098 | 10/8 | 800.76 | 5099 | 10/22 | 306.00 |

Direct Deposit Advance Important Change in Terms Notice - Additional terms regarding Payment by Mail Set-up fee - Effective immediately the following terms are added. All other repayment terms as communicated in the 'Important Change in Terms Notice' you received when you opened your consumer checking account or received within your consumer checking account statement remain the same.

Payment by Mail - Refundable Set-up fee. The set-up fee is refundable and will be automatically credited to your consumer checking account if your first two (2) payments under the Payment by Mail method are made for the full amount outstanding on or before the Payment Due Date as indicated on your periodic billing statement. You do not need to use the service immediately or for consecutive statement periods to qualify for the refund. In order to be eligible for the refund a late fee cannot have been assessed prior to making your first two (2) payments. The refund will appear on your checking account statement following the 2nd full payment.

For complete details about this service, please refer to the Direct Deposit Advance Service Agreement and Product Guide and any addendum or amendment or speak with a banker at the phone number listed above.



# Wells Fargo ® High Yield Savings

## Activity   summary

| | |
|---|---|
| Balance on 10/1 | 2.33 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 10/31** | **$2.33** |

Account number:  **8073099759**

**BOWEN W BANBURY**
**DEBTOR IN POSSESSION**

Wells Fargo Bank, N.A., Colorado  (Member  FDIC)

Questions about your account:  **1-800-742-4932**

Worksheet to balance your account and General
Statement  Policies can be found  towards  the
end of this statement.

## Interest   you've   earned

| | |
|---|---|
| Interest  paid  on 10/31 | $0.00 |
| Average collected  balance this month | $2.33 |
| Annual  percentage  yield  earned | 0.00% |
| Interest  paid  this year | $138.42 |

320676



# Home Mortgage

**Property  address**

35 Ivy St

Denver, CO 80220

Account number:  **708-0040178147**

**BOWEN W BANBURY**
**LANA PROCTOR BANBURY**

Wells Fargo Home Mortgage

**Loan  summary**

| | |
|---|---|
| Original date of mortgage | 2/2/05 |
| Interest rate | 3.125% |
| Unpaid principal balance* as of 10/31 | $982,114.58 |
| Current monthly payment | $5,525.81 |
| Escrow balance | $0.00 |
| Interest paid year-to-date | $28,169.04 |
| Taxes paid year-to-date | $5,884.01 |

*Contact Customer Service for your payoff balance.*

■  This is a summary statement of your Home Mortgage account. You will continue to receive a complete periodic statement.

320677



## Worksheet to balance your checking account

**1.** Go through your check register and mark each check (this includes cancelled, converted and substitute checks that may appear on your statement), withdrawal, ATM transaction, payment, deposit or other credit listed in the "Transaction history" section of your statement. Be sure your register shows any interest or dividends paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

**2.** Using the chart below, list any outstanding, converted or substitute checks, as well as any ATM withdrawals, payments or any other withdrawals (including any from previous months) which are listed in your register but are not shown on your statement.

**3.** Balance your account by filling in the spaces below.

☞ ENTER

[A] The ending balance shown on your statement

$

☞ ADD

[B] Any deposits listed in your register or transfers into your account which are not shown on your statement

$
$
$
$
$ → $

☞ CALCULATE SUBTOTAL

(Add parts [A] and [B])

$

☞ SUBTRACT

[C] Total of outstanding checks and withdrawals from the chart at right

- $ ◀

☞ CALCULATE ENDING BALANCE

(Part [A] + Part [B] - Part [C]) This amount should be the same as the current balance shown in your check register.

$

| Items outstanding | |
|---|---|
| Check number | Amount |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **Checking account information.** After balancing your checking account, **please report any differences to us as soon as possible but no later than within 30 days.** Special provisions, including a reporting period of up to 60 days, apply if the difference involves an electronic funds transfer. These provisions are explained below.

■ In case of errors or questions about your electronic transfers, telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, 735 West Wisconsin Avenue, Milwaukee, WI 53201-2057 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

**1.** Tell us your name and account number (if any).

**2.** Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

**3.** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ Deposit and loan products, including PMA Package, offered by Wells Fargo Bank, N.A., Member FDIC.

©2007 Wells Fargo Bank, N.A. All rights reserved.



320678